JOHN T. KEATING
Nevada Bar No.: 6373
K E A T I N G LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
jkeating@keatinglg.com
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorneys for Defendant
*Allstate Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NORMA GEORGE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, a foreign corporation; DOES I through XV, and ROE CORPORATIONS I through C and VI through X, inclusive,<br><br>Defendants. | CASE NO.: 2:17-cv-00844<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 14 |

IT IS HEREBY STIPULATED by and between Plaintiff NORMA GEORGE and Defendant ALLSTATE INSURANCE COMPANY, by and through their respective counsel, that Plaintiff NORMA GEORGE's action against Defendant ALLSTATE INSURANCE COMPANY and all claims shall be, and are hereby, dismissed with prejudice, each party to bear their own costs and attorney's fees.

There has been no trial date set in this case.

1

| | |
|---|---|
| DATED this 30 day of June, 2017. | DATED this 9 day of June, 2017. |
| KEATING LAW GROUP | CLEAR COUNSEL LAW GROUP |
| /s/ John T. Keating | /s/ Adam C. Anderson |
| JOHN T. KEATING<br>Nevada Bar No.: 6373<br>9130 W. Russell Road, Ste. 200<br>Las Vegas NV 89148<br>Attorney for Defendant<br>*Allstate Insurance Company* | ADAM C. ANDERSON, ESQ.<br>Nevada Bar No.: 13062<br>50 South Stephanie Street, Ste. 101<br>Henderson NV 89012<br>Attorney for Plaintiff<br>*Norma George* |

## ORDER

IT IS SO ORDERED that Plaintiff NORMA GEORGE's action against Defendant ALLSTATE INSURANCE COMPANY and all claims shall be, and are hereby, dismissed with prejudice, each party to bear their own costs and attorney's fees.

The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer Dorsey
July 6, 2017

Respectfully Submitted by:

KEATING LAW GROUP

/s/ John T. Keating
JOHN T. KEATING
Nevada Bar No.: 6373
9130 W. Russell Road, Ste. 200
Las Vegas NV 89148
Attorney for Defendant
*Allstate Insurance Company*

2